IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


SHIRLEY B. INGRAM and ROBERT F.   *
INGRAM,
                                  *
         Plaintiffs
                                  *
vs.
                                  *     CASE NO. 3:06-CV-60 (CDL)
HARBIN LUMBER COMPANY, INC.
and PHILLIP J. ALLEN,             *

         Defendants               *


                        O R D E R

    The Court presently has pending before it Defendants' motion for

physical and mental examination (Doc. 16), motion to extend the time

to identify experts (Doc. 17), and motion to seal the medical records

of Plaintiff Shirley B. Ingram (Doc. 19).  Plaintiffs do not object

to Defendants' motion to seal medical records, and that motion

(Doc. 19) is granted.  The Court further finds that Defendants have

made the requisite showing under Rule 35 of the Federal Rules of

Civil Procedure for an examination of Ms. Ingram, and Defendant's

motion for such examination (Doc. 16) is granted.  Accordingly,

Plaintiff Shirley B. Ingram shall submit to an examination by

Dr. Michael C. Hilton at Dr. Hilton's office located at 3975 Roswell

Road, Atlanta, Georgia 30342.  The scope of that examination shall

include a full physical and psychological evaluation of Ms. Ingram

addressing the issues diagnosed by Dr. Chivukula and Dr. Gam and may

include Ms. Ingram's complaints regarding migraine headaches, post

traumatic stress disorder, anxiety, depression, panic attacks, insomnia, cognitive difficulties with words and numbers, and eye/hand coordination difficulties. The exam shall be conducted within the next thirty days at a time and date mutually agreed upon by the parties.

In light of the foregoing, the Court grants Defendant's motion to extend the time within which expert disclosures are due (Doc. 17). Those disclosures shall be made within fourteen days after the above examination has been conducted.

IT IS SO ORDERED, this 2nd day of February, 2007.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE